1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                   NORTHERN DISTRICT OF CALIFORNIA

10                                        SAN JOSE DIVISION

11

12   CARLOS COPADO AND ISMAEL            )        Case No.: C 11-01772 PSG
     MUNGUIA,                            )
13                                       )        **CASE MANAGEMENT ORDER**
                    Plaintiffs,          )
14          v.                           )
                                         )
15   HANSON & FITCH, INC., ET AL.,       )
                                         )
16                  Defendants.          )
     _____ )
17

18          On July 5, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case

19   management conference.  Based on the parties' Case Management Statements and the discussions

20   held at the case management conference,

21          IT IS HEREBY ORDERED that the court adopts the parties' statements of disputed factual

22   and legal issues as set forth in the Case Management Statements.

23          IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other

24   amendments to the pleadings, is sixty days after entry of this order.

25          IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the

26   Federal Rules of Civil Procedure apply.

27          IT IS FURTHER ORDERED that the parties shall participate in court-sponsored mediation.

28   The parties shall promptly contact the court's ADR department to make the appropriate

1    arrangements.

2         IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3    Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 13, 2012

4    Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . January 27, 2012

5    Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . February 10, 2012

6    Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 24, 2012

7    Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

8    Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . .   10:00 a.m. on April 24, 2012

9    Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on June 26, 2012

10   Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9:30 a.m. on July 9, 2012

11        IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

12   Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

13   of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

14   Pretrial Statement, and all other pretrial submissions.

15   Dated: July 7, 2011

16                                          *Paul S. Grewal*
                                            PAUL S. GREWAL
17                                          United States Magistrate Judge

18

19

20

21

22

23

24

25   _____

26        [1]    This is the last date for *hearing* dispositive motions.  Any such motions must be noticed
     in compliance with Civil Local Rule 7-2(a).

27        [2]    A copy of Judge Grewal's standing order is also available on the court's website at
28   www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on
     the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's
     Civil Standing Order."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28