1   Brian B. Miles, Esq., SBN 191136
    Joel M. Westbrook, Esq., SBN 196578
2   MILES & WESTBROOK
    1407 Oakland Blvd., Suite 107
3   Walnut Creek, CA  94596
    Telephone:  (925) 938-4500
4   Facsimile:  (925) 938-7007
5
    Attorneys for Defendants HANSON &
6   FITCH, INC. and TODD FITCH
7
                        UNITED STATES DISTRICT COURT
8
                      NORTHERN DISTRICT OF CALIFORNIA
9

10                                              )   CASE NO. CV11-01772
     CARLOS COPADO and ISMAEL                   )
11   MUNGUIA,                                   )
                                                )   ~~PROPOSED~~ ORDER EXTENDING TIME
12          Plaintiffs,                         )   FOR MEDIATION
                                                )
13       v.                                     )
                                                )
14   HANSON & FITCH, INC., TODD FITCH,          )
15   and DOES 1 through 10,                     )
                                                )
16          Defendants.                         )
                                                )
17   _____   )

18

19          Pursuant to Stipulation and for good cause, IT IS ORDERED that:

20          1.      The mediation deadline in this case, which is presently set for October 5, 2011, is

21   extended to October 31, 2011.

22          PURSUANT TO STIPULATION, IT IS SO ORDERED.

23

24   Dated:  __Ugrvgo dgt'52, 2011

25

26                                              _Parl S. Aenl_____
                                                PAUL S. GREWAL
27                                              United States Magistrate Judge

28

MILES & WESTBROOK
1407 Oakland Blvd.,
Suite 107
WALNUT CREEK, CA 94596

                                           - 1 -
                  PROPOSED ORDER EXTENDING TIME FOR MEDIATION