```
ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261091
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0268
adamqwang@gmail.com
```

**Attorneys for Plaintiffs**

```
Brian B. Miles, Esq., SBN 191136
Joel M. Westbrook, Esq., SBN 196578
MILES & WESTBROOK
1407 Oakland Blvd., Suite 107
Walnut Creek, CA 94596
Telephone: (925) 938-4500
Facsimile: (925) 938-7007
```

Attorneys for Defendants HANSON & FITCH, INC. and TODD FITCH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CARLOS COPADO and ISMAEL MUNGUIA,<br><br>         Plaintiffs,<br><br>     v.<br><br>HANSON & FITCH, INC., TODD FITCH, and DOES 1 through 10,<br><br>         Defendants. | Case No.:  C 11-01772 PSG<br><br>STIPULATION FOR DISMISSAL & ORDER THEREON |

Parties, through their counsel, stipulate as follows:

1. Parties have reached a settlement at the mediation, fully disposing of the case.

2. Parties stipulate that this case may be dismissed in its entirety with prejudice.

3. Parties stipulate and request that this Court retain jurisdiction for the purpose of enforcing the settlement.

---

STIPULATION OF DISMISSAL
Copado et al v. Hanson & Fitch. et al                    1                      Case No. 11-01772 PSG

| | |
|---|---|
| Dated: November 21, 2011 | By:   /s/ADAM WANG<br>ADAM Wang<br>Attorney for Plaintiffs |
| Dated:  November 17, 2011 | By:   /s/ BRIAN MILES<br>Brian Miles<br>Attorney for Defendants |

[PROPOSED] ORDER

Pursuant to parties' stipulation, IT IS SO ORDERED.

Dated:  November 22 2011                      By:   *Paul S. Grewal* (signature)
                                              Paul S. Grewal
                                              United States Magistrate Judge

STIPULATION OF DISMISSAL
Copado et al v. Hanson & Fitch. et al                    2                    Case No. ll-01772 PSG